# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MUHLENBERG TOWNSHIP,      : No. 372 MAL 2014

           Respondent      : Petition for Allowance of Appeal from the
                         : Order of the Commonwealth Court

              v.                  :

MUHLENBERG TOWNSHIP POLICE    :
LABOR ORGANIZATION,             :

           Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.